**TARTER KRINSKY & DROGIN LLP**
*Proposed Attorneys for Erica Itzhak*
*Debtor and Proposed Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
smarkowitz@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

In re                                                                                  Chapter 13

ERICA ITZHAK,                                                             Case No. 24-10669 (PB)

                            Debtor.
------------------------------------------------------- X

## **DECLARATION OF SERVICE**

          Pursuant to the provisions 28 U.S.C. §1746, Jonilda Seitllari, declares under the penalty of perjury, the following to be true and correct:

1. I am not a party to this proceeding, I am over 18 years of age, and I reside in the County of Bergen, State of New Jersey.

2. On June 20, 2024, I served a true copy of the ***Notice of Settlement of Order Modifying the Automatic Stay to Permit Continuation of Post Judgment Motion by the Debtor to Renew and Reargue and Vacate Judgment in a State Court Action*** *(with Exhibit)* [ECF Dkt. No. 28] via Electronic Mail to the last known e-mail address of the parties listed below:

Lewis Brisbois Bisgaard & Smith LLP
*Attorneys for Jossef Kahlon*
Attn: David H. Haft, Esq.
Email: david.haft@lewisbrisbois.com
Attn: Minyao Wang, Esq.
Email: Minyao.Wang@lewisbrisbois.com

Dated: Garfield, New Jersey
       June 24, 2024

                                                                               */s/ Jonilda Seitllari*
                                                                               Jonilda Seitllari