# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

In re: ERICA ITZHAK                                              Case No.: 24-10669

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

THOMAS C. FROST, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/19/2024.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was converted on 07/01/2024.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 3.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 2,730,276.41.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**
| | |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**
| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | Unsecured | 5,598.00 | 6,091.53 | 6,091.53 | .00 | .00 |
| BANK OF AMERICA | Secured | 478,558.29 | NA | NA | .00 | .00 |
| BLUEVINE INC | Unsecured | NA | 49,424.51 | 49,424.51 | .00 | .00 |
| CAPITAL ONE | Unsecured | 2,095.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA N.A. | Unsecured | 3,472.00 | 3,239.04 | 3,239.04 | .00 | .00 |
| CAPITAL ONE BANK USA N.A. | Unsecured | 3,677.00 | 3,677.84 | 3,677.84 | .00 | .00 |
| CITIBANK N.A. | Unsecured | 5,297.00 | 5,088.32 | 5,088.32 | .00 | .00 |
| CITIBANK, NA | Unsecured | 932.00 | 1,040.61 | 1,040.61 | .00 | .00 |
| DISCOVER | Unsecured | 131.00 | NA | NA | .00 | .00 |
| DISCOVER | Unsecured | 7,486.00 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | NA | 7,336.16 | 7,336.16 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 83,000.00 | 93,021.45 | 93,021.45 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,848.44 | 3,848.44 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

In re: ERICA ITZHAK Case No.: 24-10669

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 1,328.00 | 1,205.16 | 1,205.16 | .00 | .00 |
| JP MORGAN CHASE BANK | Unsecured | 5,037.00 | 4,787.15 | 4,787.15 | .00 | .00 |
| JP MORGAN CHASE BANK | Unsecured | 24,521.00 | 24,787.56 | 24,787.56 | .00 | .00 |
| JP MORGAN CHASE BANK | Unsecured | NA | 23,951.95 | 23,951.95 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | 2,560.00 | 2,560.69 | 2,560.69 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | 2,774.00 | 2,776.99 | 2,776.99 | .00 | .00 |
| NEW YORK STATE DEPT. OF | Priority | NA | 12,191.95 | 12,191.95 | .00 | .00 |
| NEW YORK STATE DEPT. OF | Unsecured | NA | 2,439.96 | 2,439.96 | .00 | .00 |
| NYS DEPT OF TAXATION | Priority | 14,741.46 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | 46,261.00 | 47,917.94 | 47,917.94 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | 1,097.00 | 1,056.05 | 1,056.05 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | 2,703.00 | 2,611.06 | 2,611.06 | .00 | .00 |
| QUANTUM3 GROUP LLC AS AGENT FOF | Unsecured | 10,695.00 | 10,764.53 | 10,764.53 | .00 | .00 |
| QUICK BORROW INC. | Secured | 425,000.00 | 400,000.00 | 400,000.00 | .00 | .00 |
| RESURGENT RECEIVABLES | Unsecured | 3,775.00 | 3,720.32 | 3,720.32 | .00 | .00 |
| RESURGENT RECEIVABLES | Unsecured | 499.00 | 300.61 | 300.61 | .00 | .00 |
| SOFI BANK N.A. | Unsecured | 7,765.00 | 7,271.74 | 7,271.74 | .00 | .00 |
| TD AUTO FINANCE | Secured | 23,385.00 | NA | NA | .00 | .00 |
| TD BANK NA | Secured | NA | 22,725.75 | 22,725.75 | .00 | .00 |
| THE LAW OFFICES OF ROBERT M. FOX | Secured | 1,503,013.70 | NA | NA | .00 | .00 |
| U.S. BANK NATIONAL ASSOCIATION | Unsecured | NA | 5,200.36 | 5,200.36 | .00 | .00 |
| VOLVO CAR FINANCIAL SERVICES US L | Secured | 36,477.00 | 721.21 | 721.21 | .00 | .00 |
| YOSSEF KAHLON AKA JOSSEF KAHLON | Secured | NA | 700,000.00 | 700,000.00 | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

In re: ERICA ITZHAK                                  Case No.: 24-10669

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| YOSSEF KAHLON AKA JOSSEF KAHLON | Unsecured | NA | 1,153,773.23 | 1,153,773.23 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 23,446.96 | .00 | .00 |
| All Other Secured: | 1,100,000.00 | .00 | .00 |
| **TOTAL SECURED:** | 1,123,446.96 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 105,213.40 | .00 | .00 |
| **TOTAL PRIORITY:** | 105,213.40 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 1,374,871.75 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 07/09/2024                    By: /s/THOMAS C. FROST
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.