UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re:                                                      :
                                                            :  Chapter 11
ERICA ITZHAK,                                               :
                                                            :  Case No. 24-10669 (JPM)
                                       Debtor.              :
------------------------------------------------------------X

# ORDER AUTHORIZING RETENTION OF TARTER KRINSKY & DROGIN LLP AS GENERAL BANKRUPTCY COUNSEL TO DEBTOR AND DEBTOR-IN-POSSESSION

Upon the application dated July 15, 2024 (the "**Application**") [ECF No. 50] of Erica Itzhak, debtor and debtor-in-possession (the "**Debtor**") to retain Tarter Krinsky & Drogin LLP ("**TKD**") as general bankruptcy counsel to the Debtor; and upon the declaration of disinterestedness of Scott S. Markowitz, Esq. in support thereof, dated July 18, 2024 (the "**Markowitz Decl.**") [ECF No. 50 at 6]; and upon the "Lar Dan" Declaration of Erica T. Itzhak, Esq., P.C. [ECF No. 54]; and after due deliberation; and it appearing that sufficient notice was provided in accordance with the Federal Rules of Bankruptcy Procedure and the Local Rules; and it appearing the firm of TKD represents no interest adverse to the Debtor as debtor-in-possession herein; and TKD is a disinterested person as that term is defined in §101(14) of the Bankruptcy Code; and the Debtor's employment of TKD is necessary and would be in the best interests of the Debtor; it is hereby

**ORDERED**, that the Application is granted to the extent provided herein; and it is further

**ORDERED**, that Erica Itzhak, as debtor-in-possession herein, be and is hereby authorized to appoint and employ TKD as attorneys to represent her as debtor-in-possession and provide the services as set forth in the Application, under a general retainer in the within proceeding pursuant

to §§327, 328 and 1107 of the Bankruptcy Code, effective as of May 16, 2024, *nunc pro tunc*; and it is further

**ORDERED**, that to the extent the Application or any other document is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED**, that, notwithstanding any provision to the contrary in the Application or the engagement letter between the Debtor and TKD, the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order; and it is further

**ORDERED**, that notwithstanding anything to the contrary in the TKD engagement letter, TKD shall be compensated for fees and reimbursed for reasonable and necessary expenses only upon the filing and approval of interim and final fee applications for allowance of its compensation and expenses in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, any applicable orders of this Court, and the United States Trustee Fee Guidelines; and it is further

**ORDERED**, that ten business days' notice must be provided by Tarter Krinsky & Drogin LLP to the Debtor, the United States Trustee prior to any increases in the rates set forth in the Markowitz Decl. that was filed with the Application, and such notice must be filed with the Court; and it is further

**ORDERED**, that TKD shall apply any remaining amounts of its retainer as a credit toward post-petition fees and expenses, after such post-petition fees and expenses are approved pursuant to the first order of the Court awarding fees and expenses to TKD; and it is further

**ORDERED**, that if TKD discovers new or other connections and relationships with relevant parties-in-interest in this case, TKD shall file a supplemental affidavit of disinterestedness disclosing such connections and relationships.

Dated: New York, New York
       August 5, 2024

                                    /S/ John P. Mastando III
                                    HONORABLE JOHN P. MASTANDO III
                                    UNITED STATES BANKRUPTCY JUDGE