UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

In re:                                                     CASE NO.:

     ERICA ITZHAK                                      24-10669

                                Debtor.

-------------------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for Creditor, Quick Borrow Inc. and requests that copies of all pleadings and papers hereafter served or filed herein be served upon the undersigned.

Dated: August 15, 2024
       New York, New York

                                                          **SEELIG DRESSLER OCHANI, LLC**

                                                          */s/ Adam Dressler*

                                                          *Adam Dressler (ABD8241)*
                                                          Adressler@dresslerfirm.com
                                                          190 Jericho Tpke.
                                                          Mineola, New York 11501
                                                          Ph: (212) 239-1061

*CERTIFICATE OF SERVICE*

*I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, electronically through the court's ECF System at the email address registered with the court*

*Adam Dressler, Esq.*