

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716) 204-1700
Fax (716) 204-1702
http://www.GrossPolowy.com/

August 28, 2024

CLERK, UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
6th Floor
New York, NY 10004

Re:         Erica Itzhak
Case No:    24-10669-jpm

Dear Sir or Madam:

     Please withdraw the Motion for Relief filed July 29, 2024 as document number 53 by Gross Polowy LLC on behalf of TD Bank, N.A., successor in interest to TD Auto Finance LLC on the above referenced bankruptcy case.

     If you have any questions, please feel free to call.

Very truly yours,

By: /s/ Ehret Van Horn_____
Ehret Anne Van Horn, Esq.