UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------ X
                                                       :    Chapter 11
In re:                                                 :
                                                       :    Case No. 24-10669
ERICA ITZHAK,                                          :
                                                       :
            Debtor                                     :
                                                       :
------------------------------------------------------ X
```

## ORDER GRANTING THE MOTION OF JOSSEF KAHLON TO EXTEND DEADLINE TO OBJECT TO DISCHARGE

Upon consideration of the motion of Jossef Kahlon (the "Motion") (*see* ECF No. 64) pursuant to Rule 4007(c) of the Federal Rules of Bankruptcy Procedure to extend the deadline by which he must object to the bankruptcy discharge under the federal Bankruptcy Code in favor of the debtor, Erica Itzhak; and Movant's counsel having certified pursuant to Local Rule 9072-2 that no objection or request for a hearing with respect to the Motion has been received (*see* ECF No. 65); and good cause appearing therefore; it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that pursuant to Rule 4007(c) of the Federal Rules of Bankruptcy Procedure, Mr. Kahlon's time to file an adversary complaint to object to the discharge of the debtor, Ms. Itzhak, in this case is extended for cause to January 6, 2025; it is further

ORDERED that nothing herein precludes Mr. Kahlon from seeking additional extensions for cause or precludes the Debtor from opposing the same.

New York, New York
Dated: October 15, 2024

                                                    /S/ John P. Mastando III
                                                    HONORABLE JOHN P. MASTANDO III
                                                    UNITED STATES BANKRUPTCY JUDGE