UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re:                                                     :
                                                           :   Chapter 11
ERICA ITZHAK,                                              :
                                                           :   Case No.: 24-10669 (JPM)
                                       Debtor.             :
---------------------------------------------------------- x

# ORDER APPROVING SETTLEMENT AGREEMENT
# BETWEEN THE DEBTOR AND ANDREW BLUESTONE, ESQ.

Upon the motion, dated September 26, 2024 (the "Motion") [Doc. No. 62] of Erica Itzhak (the "Debtor"), by her attorneys Tarter Krinsky & Drogin LLP, seeking entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving a settlement agreement between the Debtor and Andrew Bluestone, Esq.; and it appearing that due and proper notice of the Motion was made in accordance with the Rule 2002(a)(3) of the Federal Rules of Bankruptcy Procedure; and upon the Court's consideration of the limited objection (the "Objection") to the Motion filed by Yossef Kahlon [Doc. No. 67]; and it appearing the settlement embodied in the Settlement Agreement and Mutual Release, annexed to the Motion as Exhibit "A," (the "Settlement Agreement") is in the best interest of the Debtor's estate; and upon the certificate of no objection filed on October 29, 2024 it is hereby ordered as follows:

1. The Settlement Agreement is hereby "so-ordered" and approved by this Court (and the Court notes the Objection did not challenge the reasonableness of the settlement contained in the Settlement Agreement).

2. The Parties are hereby authorized to execute any documents and take such steps as are necessary to effectuate the Settlement Agreement.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation and enforcement of this Order.

Dated: New York, New York
      November 1, 2024

/S/ John P. Mastando III
HONORABLE JOHN P. MASTANDO III
UNITED STATES BANKRUPTCY JUDGE