**LEWIS BRISBOIS BISGAARD & SMITH LLP**
110 S.E. 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-828-0357
Fax: 954-678-4090
David H. Haft, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 24-10669
ERICA ITZHAK, :
:
　　　　　Debtor. :
------------------------------------------------------- x

### UNOPPOSED MOTION PURSUANT TO BANKRUPTCY RULE 4007(c) TO FURTHER EXTEND THE DEADLINE TO OBJECT TO DEBTOR'S DISCHARGE

On October 15, 2024, this Court signed an order to extend the deadline of Creditor and Interested Party, Jossef Kahlon ("Mr. Kahlon") by which Mr. Kahlon is required to file a complaint under Section 523(c) of Title 11 of the United States Code (the "Bankruptcy Code") to determine the dischargeability of a debt owed to Mr. Kahlon by the chapter 11 Debtor in the above-entitled action, Erica Yitzhak. ("Debtor" or "Ms. Yitzhak") to January 6, 2025. *See* ECF No. 66. As set forth in the related motion, the extension was necessary to facilitate settlement discussions between the parties. *See* ECF No. 66.

The parties are still engaged in settlement discussions. Accordingly, the Debtor's counsel, Mr. Scott S. Markowitz, has consented in writing to a further extension to January 20, 2025. The request is being styled as a motion as opposed to a stipulation to comply with the literal language of Bankruptcy Rule 40007(c). Mr. Kahlon respectfully submits that request should be granted

146351634.1

because settlement discussions are ongoing and the Debtor has consented to the relief sought herein.

Dated: January 6, 2025

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

77 Water Street, Suite 2100
New York, New York, 10005
Telephone: (212) 232-1300
Facsimile: (212) 232-1399

By:/s/ *Minyao Wang* _____
Minyao Wang, Esq.
minyao.wang@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).