**LEWIS BRISBOIS BISGAARD & SMITH LLP**
77 Water Street, Suite 2100
New York, New York 10005
Telephone: (212) 232-1300
Facsimile: (212) 232-1399
Email: Minyao.Wang@lewisbrisbois.com
*Attorneys for Yossef Kahlon*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x
                                                        :    Chapter 11
In re:                                                  :
                                                        :    Case No. 24-10669
ERICA ITZHAK,                                           :
                                                        :
        Debtor                                          :
                                                        :
-------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION TO MOTION OF JOSSEF KAHLON TO EXTEND DEADLINE TO OBJECT TO DISCHARGE**

Pursuant to 28 U.S.C. § 1746 and Rule 9072-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), the undersigned hereby certifies as follows:

1.  On February 3, 2025, Mr. Kahlon filed his Fourth Motion to Extend Time to Object to Discharge (ECF No. 79) (the "Motion") to extend the deadline under Rule 4007(c) of the Federal Rules of Bankruptcy Procedure by which he is required to object to the discharge of the debtor, Erica Itzhak, in the above-captioned Chapter 11 case. For the reasons discussed in the Motion, Mr. Kahlon seeks an extension of the filing deadline to March 3, 2025.

2.  The deadline for parties to object to or file responses to the Motion was February 6, 2025 at 4:00 PM (the "Objection Deadline"). Local Rule 9075-2 provides that a motion or an application may be granted without a hearing, provided that no objections or responsive pleadings have been filed or served before 48 hours after the relevant objection deadline.

3. The Objection Deadline has now passed and to the best of the undersigned's knowledge and understanding, no objection, responsive pleading, or a request for a hearing with respect to the Motion has been filed with the Court on the docket or served on the undersigned.

4. Nor has the undersigned received any informal objection or expression of concern regarding the Motion.

5. Accordingly, Mr. Kahlon respectfully requests the proposed order, attached hereto as **Exhibit A**, be entered in accordance with Local Rule 9075-2.

I declare the foregoing is true and correct.

Dated: New York, New York
February 12, 2025

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Minyao Wang
Minyao Wang, Esq.
*Attorneys for Plaintiff*
77 Water Street, Suite 2100
New York, New York 10005
212-232-1300
Minyao.Wang@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

Minyao Wang, an attorney duly admitted to practice before this Court, certifies that on February 12, 2025, he caused to be served and filed via ECF the Certificate of No Objection.

/s/ Minyao Wang
Minyao Wang