UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
:
In re:                                                 :     Chapter 11
:
:     Case No. 24-10669
ERICA ITZHAK,                                          :
:
Debtor.                                                :
:
------------------------------------------------------ x

# ORDER GRANTING THE FOURTH MOTION OF JOSSEF KAHLON TO EXTEND DEADLINE TO OBJECT TO DISCHARGE

On February 3, 2025, Jossef Kahlon filed his Fourth Motion to Extend Time to Object to Discharge (ECF Docket No. 79) (the "Motion") to extend the deadline to object to discharge pursuant to Bankruptcy Rule 4007(c) of the Federal Rules of Bankruptcy Procedure to March 3, 2025; and Movant's counsel having certified pursuant to Local Rule 9072-2 that no objection or request for a hearing with respect to the Motion having been received (ECF Docket No. 82); and the Court finding that good cause exists for the entry of the following order, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that pursuant to Bankruptcy Rule 4007(c) of the Federal Rules of Bankruptcy Procedure, Mr. Kahlon's time to file an adversary complaint to object to the discharge of the Debtor in this case is extended for cause to **MARCH 3, 2025**; and it is further

ORDERED that nothing herein precludes Mr. Kahlon from seeking additional extensions for cause or precludes the Debtor from opposing the same.

Dated: New York, New York
      March 3, 2025               /S/ John P. Mastando III
                                       HONORABLE JOHN P. MASTANDO III
                                       UNITED STATES BANKRUPTCY JUDGE