UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
---------------------------------------------------------X
In re:

    Erica Itzhak,                                       Case No. 24-10669-JPM
                                                               Chapter 11

                  Debtor.
---------------------------------------------------------X

## **NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY**

      VOLVO CAR FINANCIAL SERVICES US LLC, has filed papers with the court to seek relief from the automatic stay.

      <u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

      If you do not want the court to grant relief from the automatic stay to VOLVO CAR FINANCIAL SERVICES US LLC, or if you want the court to consider your views on the motion, then on or before April 9, 2025, you or your attorney must:

      File with the court a written response, explaining your position at:

                                  Court Clerk
                              U.S. Bankruptcy Court
                                One Bowling Green
                            New York, NY 10004-1408

      If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

      You must also mail a copy to:

| | |
|---|---|
| Scott S. Markowitz, Attorney<br>1350 Broadway, 11th Floor<br>New York, NY 10018 | U.S. Trustee<br>Office of the United States Trustee<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 |
| Yann Geron, Trustee<br>370 Lexington Avenue, Suite 1208<br>New York, NY 10017 | Annie Wells, Attorney for U.S. Trustee<br>One Bowling Green, Suite 511<br>New York, NY 10004 |

Erica Itzhak
345 East 56th Street Apt 4D
New York, NY 10022

Attend the hearing scheduled to be held on April 16, 2025 at 11:00 a.m. at the U.S. Bankruptcy Court, One Bowling Green, New York, NY 10004 or via Videoconference Zoom for Government.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 9006-1, Local Rules of Bankruptcy Practice for the Southern District of New York, answering papers and memoranda of law, if any, must be filed with the Court and served upon the undersigned so as to be received by the undersigned no later than seven (7) days before the return date of this motion.

Date: March 21, 2025             /s/ Geoffrey J. Peters
                                 Geoffrey J. Peters, Esq.
                                 WELTMAN, WEINBERG & REIS CO., LPA
                                 5475 Rings Road, Suite 200
                                 Dublin, OH 43017
                                 (614) 883-0678
                                 gpeters@weltman.com
                                 Attorney for Movant

WWR #041460252

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------------------------------X
In re:

    Erica Itzhak,                                          Case No. 24-10669-JPM
                                                          Chapter 11

                                                          **AFFIRMATION IN SUPPORT**
                      Debtor.                              **OF MOTION FOR RELIEF**
--------------------------------------------------------X          **FROM THE STAY**

        GEOFFREY J. PETERS, ESQ., an attorney at law duly admitted to practice before the Courts of the State of New York and the Southern District of New York, under the penalties of perjury, duly affirms as follows:

        1. I am a shareholder in the law firm of Weltman, Weinberg & Reis Co., L.P.A., attorneys for VOLVO CAR FINANCIAL SERVICES US LLC ("VOLVO"), a secured creditor herein. I am familiar with the facts and circumstances of this matter based upon the information in our file and the attached affidavit of a representative of Movant herein.

        2. Jurisdiction is conferred on this Court by the provisions of 28 U.S.C. §1334. This is a core proceeding within the meaning of 28 U.S.C. §157(b).

        3. This application is brought pursuant to Rules 4001(a) and 9014 of the Federal Bankruptcy Rules of Procedure ("the Rules") and §§362(d)(1) and 362(d)(2) of the United States Bankruptcy Code ("the Code") for an Order, terminating, annulling or modifying the stay imposed under §362(a) of the Code.

        4. The Debtor(s) herein filed bankruptcy under Chapter 13 of the Bankruptcy Code on April 19, 2024. The Bankruptcy Case was converted to a Chapter 11 on June 28, 2024.

        5. Movant is the holder of a Retail Installment Sale Contract ("Agreement") with Debtor with respect to the 2020 Volvo XC90 ("Collateral") bearing vehicle identification number YV4A22PK4L1570435. A copy of the Agreement and Certificate of Title evidencing perfection is attached hereto as Exhibits "A" and "B".

6. The Debtor is obligated to pay to VOLVO monthly payments in the sum of $721.21 per month for a period of 72 under the Agreement dated November 29, 2023, by and between VOLVO CAR FINANCIAL SERVICES US LLC and Debtor. In addition, the Debtor must submit a late fee for any payment which is not received within ten (10) days of the due date.

*11 USC §362(d)(1)*

7. Section 362(d)(1) of the Code provides that the Court shall modify the automatic stay for cause including lack of adequate protection.

8. According to the books and records of VOLVO, the Debtor is in arrears for the payments that became due contractually on January 13, 2025, and all subsequent payments. Therefore as of March 6, 2025, the contractual arrears will total at least $1,422.23. As such, VOLVO is not adequately protected. Attached as Exhibit "1" is an Affidavit of a qualified Bankruptcy representative employed by Movant.

9. Accordingly, it is submitted that sufficient cause has been demonstrated to vacate the stay pursuant to 11 U.S.C. §362(d)(1).

*11 U.S.C. §362(d)(2)*

10. Section 362(d)(2) of the Code provides as an additional ground for relief from the stay that the Court shall grant relief if "(A) the debtor does not have an equity in such property and (B) such property is not necessary to an effective reorganization."

11. According to J.D. Power the average retail value of the Collateral is $27,156.00. According to the books and records of VOLVO, the current outstanding balance on Debtor's account is $33,493.22. A copy of J.D. Power valuation is attached hereto as Exhibit "C".

12. It is therefore submitted that the basis for relief pursuant to Section 362(d)(2) of the Code is satisfied as the Debtors have no sufficient equity in the Collateral and, upon information and belief, the Collateral is not necessary to an effective reorganization.

*Additional Relief*

13. VOLVO previously filed a Motion for Relief from Stay on November 21, 2024.

14. A copy of the proposed order is attached hereto as Exhibit "2".

**WHEREFORE**, based on the foregoing and under §362(d) of the Code, VOLVO respectfully requests that this Court enter an Order terminating, annulling or modifying the automatic stay under §362 to the extent necessary to permit VOLVO to promptly repossess and sell the Collateral, and for such other and further relief as is just and proper under the circumstances.

Dated: Dublin, Ohio
       March 21, 2025

/s/ Geoffrey J. Peters
**GEOFFREY J. PETERS, ESQ.**
WELTMAN, WEINBERG & REIS CO., LPA
5475 Rings Road, Suite 200
Dublin, OH 43017
(614) 883-0678
gpeters@weltman.com
Attorney for Movant

On March 24, 2025 deponent served the within

**MOTION FOR RELIEF FROM STAY, AFFIRMATION IN SUPPORT OR MOTION FOR RELIEF FROM THE AUTOMATIC STAY WITH ATTACHED EXHIBITS AND PROPOSED ORDER**

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of Ohio:

Scott S. Markowitz, Debtor's Attorney
1350 Broadway, 11th Floor
New York, NY 10018

Yann Geron, Trustee
370 Lexington Avenue, Suite 1208
New York, NY 10017

U.S. Trustee
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Erica Itzhak
345 East 56th Street Apt 4D
New York, NY 10022

Annie Wells, Attorney for U.S. Trustee
Alexander Hamilton Custom House
One Bowling Green, Suite 511
New York, NY 10004

All creditors on the attached matrix

/s/ JANELLE WOODARDS____
Janelle Woodards, Legal Assistant
WELTMAN, WEINBERG & REIS CO., LPA

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0208-1<br>Case 24-10669-jpm<br>Southern District of New York<br>Manhattan<br>Thu Oct 31 11:44:48 EDT 2024 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Quick Borrow Inc.<br>190 Jericho Tpke<br>Mineola, NY 11501-1701 |
| Manhattan Division<br>One Bowling Green<br>New York, NY 10004-1415 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Amex<br>P.O. Box 7871<br>Fort Lauderdale, FL 33329 |
| BLUEVINE INC.<br>c/o WEISNTEIN & RILEY, PS<br>1415 Western Avenue, Ste 700<br>SEATTLE, WA 98101-2051 | Barclays Bank Delaware<br>1007 N Orange St<br>Wilmington, DE 19801-1239 | Cap1/Neimn<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Cap1/Saks<br>Po Box 10327<br>Jackson, MS 39289-0327 | Capital One<br>11013 W Broad St<br>Glen Allen, VA 23060-6017 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Citi<br>Pob 6241<br>Sioux Falls, SD 57117-6241 | Citibank N.A.<br>Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 |
| Citibankna<br>Pob 769006<br>San Antonio, TX 78245-9006 | Creditonebnk<br>Pob 98872<br>Las Vegas, NV 89193-8872 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FC Marketplace, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | Fb&T/Mercury<br>Po Box 84064<br>Columbus, GA 31908-4064 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Macys/Cbna<br>Po Bpx 8053<br>Mason, OH 45040-8053 | NORDSTROM, INC.<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud MN 56302-7999 | New York City Dept. Of Finance<br>Taxpayer Identification Unit<br>25 Elm Place, 3rd Floor<br>Brooklyn, NY 11201-5826 |
| New York State Department of Taxation & Fina<br>Bankruptcy Section<br>P O Box 5300<br>Albany New York 12205-0300 | New York State Tax Commission<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Nordstm/Td<br>Po Box 13589<br>Scottsdale, AZ 85267-3589 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Mercury Financial/First Bank & Trust<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quick Borrow Inc.<br>190 Jericho tpke<br>United States<br>mineola, NY 11501-1701 |
| Quick Borrow Inc.<br>45 Glen Cove Road<br>Greenvale, NY 11548-1057 | Quick Borrow Inc.<br>45 Glen Cove Road, 1st Floor<br>Greenvale, New York 11548-1057 | Resurgent Receivables, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Sofi Bank, National Association<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Sofibank N.A<br>2750 East Cottonwood Parkway<br>Salt Lake City, UT 84121-7284 | Syncb/Ppc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| TD Bank, N.A.<br>PO Box 16041<br>Lewiston, ME 04243-9523 | TD Bank, N.A., successor in interest to TD A<br>Gross Polowy LLC<br>1775 Wehrle Drive, Suite 100<br>Williamsville, NY 14221-7093 | Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Floor<br>New York, NY 10018-0947<br>Attn: Scott S. Markowitz, Esq. |
| Td Auto Fin<br>Po Box 9223<br>Farmington, MI 48333-9223 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1459 |
| VOLVO CAR FINANCIAL SERVICES LLC<br>c/o Weltman, Weinberg & Reis Co. LPA<br>5000 Bradenton Ave., Ste. 100<br>Dublin, OH 43017-3574 | Volvo Car Financial Services LLC<br>c/o Weltman, Weinberg & Reis Co LPA<br>965 Keynote Circle<br>Cleveland, OH 44131-1829 | Volvocarrtl<br>Po Box 91614<br>Mobile, AL 36691-1614 |
| Yossef Kahlon a/k/a Jossef Kahlon<br>c/o David H. Haft, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>110 Southeast Sixth Street, Suite 2600<br>Fort Lauderdale, FL 33301-5059 | Yossef Kahlon and Atlas Solar Holdings LLC<br>c/o Vlock & Associates<br>630 Third Avenue, 18 Floor<br>New York, NY 10017-6940 | Erica Itzhak<br>345 East 56th Street Apt 4D<br>New York, NY 10022-3745 |
| Erica T Yitzhak<br>The Yitzhak Law Group<br>1 Linden Place, Suite 406<br>Great Neck, NY 11021-2640 | Scott S. Markowitz<br>Tarter Krinsky & Drogin LLP<br>1350 Broadway, 11th Floor<br>New York, NY 10018-0947 | Yann Geron<br>Yann Geron<br>Geron Legal Advisors LLC<br>370 Lexington Avenue<br>Suite 1208<br>New York, NY 10017-6584 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discoverbank<br>Pob 15316<br>Wilmington, DE 19850 | Jpmcb Card<br>800 Brooksedge Blvd<br>Westerville, OH 43081 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk, VA 23541 |

U.S. Bank National Association
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)TD Bank, N.A., successor in interest to TD         (u)VOLVO CAR FINANCIAL SERVICES LLC          (d)FC Marketplace, LLC
                                                                                                  c/o Becket and Lee LLP
                                                                                                  PO Box 3002
                                                                                                  Malvern, PA 19355-0702


(d)Internal Revenue Service                           (u)Yossef Kahlon                            End of Label Matrix
PO Box 7346                                                                                       Mailable recipients    53
Philadelphia, PA 19101-7346                                                                       Bypassed recipients     5
                                                                                                  Total                  58

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK (MANHATTAN)
--------------------------------------------------------X
In re:

    Erica Itzhak,                                Case No. 24-10669-JPM
                                                                        Chapter 11

                         Debtor.                     **MEMORANDUM OF LAW**
--------------------------------------------------------X

## PRELIMINARY STATEMENT

This is a Motion pursuant to Rule 4001(a)(1) of the Federal Rules of Bankruptcy Procedures to lift the Automatic Stay imposed by §362(a) of the United States Bankruptcy Code. The moving party is seeking relief from the Automatic Stay to exercise its state rights under a Retail Installment Sale Contract, ("Agreement"). The basis for this Motion is that Movant has cause for requesting the automatic stay be lifted and Debtor does not have sufficient equity in the Collateral and the Collateral is not necessary for an effective reorganization within the meaning of §362(d)(1) and (d)(2). All of the necessary parties to this Motion have been served with copies of the Notice and supporting Application.

## FACTS

As set forth in the application of Secured Creditor, the Debtor executed the Agreement to the Movant in the amount of $36,716.68, which Agreement was secured by the Collateral.

On the April 19, 2024, the Debtor filed a Petition under Chapter 13 of the Bankruptcy Code and the case was converted to a Chapter 11 on June 28, 2024. Debtor owes Movant $33,493.22 as of March 6, 2025. According to J.D. Power the average retail value of the Collateral is $27,156.00.

## ARGUMENT

Section 362(d) provides that "upon request of a party in interest, the court shall grant relief from the automatic say, (1) for cause, including the lack of adequate protection of an interest in property of such party in interest; or (2) with respect to a stay of an action against property under subsection (a) of this section if (a) the debtor does not have any equity in such property; and (b) such property is not necessary to an effective reorganization."

Pursuant to 11 U.S.C. Section 362(g), the moving party carries the burden of proof with respect to the issue of equity of the property in question. <u>In re Roxrun Estates, Inc.</u> 74 B.R. 997, 1003 (Bankr. S.D.N.Y. 1987), a secured party is a party in interest for the purposes of §362 motions and by showing that the liens on the property exceed the property's worth, a secured creditor will have met this burden. <u>Id.</u>

As aforementioned, the retail value of the Collateral is $27,156.00 and as such, no sufficient equity exists. Therefore, the stay must be lifted pursuant to §362(d)(1) and (2).

In addition, "a debtor's failure to make regular monthly payments as they become due constitutes sufficient 'cause' to life the automatic stay." <u>In re Michael Lancelot Taylor</u>, 151 B.R. 646, 648 (Bankr. E.D.N.Y. 1993).

## **CONCLUSION**

WHEREFORE, it is respectfully requested that the Automatic Stay be modified with respect to the Collateral to permit the Secured Creditor to exercise its rights pursuant to the terms of the Retail Installment Sale Contract, and for such other and further relief as this Court deem just and equitable.

Respectfully submitted,
WELTMAN, WEINBERG & REIS CO.
Attorneys for Secured Creditor
VOLVO CAR FINANCIAL SERVICES US LLC

By: <u>/s/ Geoffrey J. Peters</u>
Geoffrey J. Peters, Esq.
5475 Rings Road, Suite 200
Dublin, OH 43017
614/883-0678
gpeters@weltman.com