**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Erica Itzhak,*
*Debtor and Debtor-in-Possession*
1350 Broadway, 11th Floor
New York, New York 10018
(212) 216-8000
Scott S. Markowitz, Esq.
smarkowitz@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re: :
 : Chapter 11
ERICA ITZHAK, :
 : Case No.: 24-10669 (JPM)
                              Debtor. :
------------------------------------------------------------ x

### NOTICE OF HEARING TO CONSIDER FIRST INTERIM FEE APPLICATIONS FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. § 331

**PLEASE TAKE NOTICE,** that a hearing will be held via Zoom for Government[1] before the Honorable John P. Mastando III, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **July 1, 2025, at 9:00 a.m.** (the "Hearing"), or as soon thereafter as counsel can be heard, to consider the following first interim fee applications for allowance of fees and reimbursement of expenses (the "Interim Applications"):

---

[1] Any party who wishes to attend the Hearing is required to register their appearance by 4:00 p.m. one business day before any scheduled Zoom® Hearing with the eCourtAppearances tool on the Court's website. Judge Mastando's Zoom instructions may be viewed at https://www.nysb.uscourts.gov/content/judge-john-p-mastando-iii.

| Applicant | Interim Period | Interim Fees Requested | Interim Expenses Requested |
|---|---|---|---|
| **Tarter Krinsky & Drogin LLP** *Attorneys for Erica Itzhak, Debtor and Debtor-In-Possession* | *May 16, 2024 through and including April 30, 2025* | $130,169.00 (less payments received of $28,203.13) | $1,938.91 (less payments received of $1,796.87) |
| **Yann Geron, Esq.** **c/o Geron Legal Advisors LLC** *Subchapter V Trustee* | *July 1, 2024 through and including April 30, 2025* | $10,316.50 | $0.00 |

**PLEASE TAKE FURTHER NOTICE,** the Interim Applications will be on file with the Clerk of the United States Bankruptcy Court on or before June 3, 2025 and may be obtained from the Bankruptcy Court's website at *http://www.nysb.uscourts.gov*.

**PLEASE TAKE FURTHER NOTICE,** that objections to the Interim Applications, if any, must be filed with the United States Bankruptcy Court for the Southern District of New York at the address set forth above (with two copies (double sided) to the chambers of the Honorable John P. Mastando III) and received by (i) Tarter Krinsky & Drogin LLP, 1350 Broadway, 11th Floor, New York, New York 10018, Attn: Scott S. Markowitz, Esq, on or before **June 24, 2025**; and (ii) Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 511, New York, NY 10004-1408 , Attn: Annie Wells, Esq.

**PLEASE TAKE FURTHER NOTICE**, the hearing to consider the Interim Applications may be adjourned from time to time without further notice.

Dated: New York, New York
   May 29, 2025

               **TARTER KRINSKY & DROGIN LLP**
               *Attorneys for Erica Itzhak,*
               *Debtor and Debtor-in-Possession*

               By: */s/ Scott S. Markowitz*
                 Scott S. Markowitz, Esq.
                 1350 Broadway, 11th Floor
                 New York, New York 10018
                 (212) 216-8000
                 smarkowitz@tarterkrinsky.com