**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ERICA ITZHAK, | : | Case No. 24-10669 (JPM) |
| | : | |
| Debtor. | : | |

--------------------------------------------------------------- x

### ORDER SCHEDULING HEARING ON CONFIRMATION OF FIRST AMENDED CHAPTER 11 SMALL BUSINESS SUBCHAPTER V PLAN UNDER 11 U.S.C. § 1129

Erica Itzhak, the above-captioned debtor and debtor-in-possession (the "Debtor"), by and through her attorneys Tarter Krinsky & Drogin LLP (the "Firm"), having filed the Debtor's First Amended Plan of Reorganization Dated November 26, 2025 (the "Plan") [Dkt. No. 107]; and the Debtor should be entitled to solicit acceptances of the Plan; and that a hearing should be scheduled on the Debtor's request for confirmation of the Plan; now, therefore, **IT IS HEREBY**:

**ORDERED**, that pursuant to 11 U.S.C. §105(d)(2)(B)(iv) and Fed. R. Bankr. P. 2002(b) and 9006, a hearing should be held before John P. Mastando III, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, on **February 3, 2026 at 9:00 a.m.** (the "Confirmation Hearing"), or as soon thereafter as counsel may be heard, to consider confirmation of the Plan pursuant to 11 U.S.C. § 1129; and it is further

**ORDERED**, that the Confirmation Hearing may be held remotely via Zoom for Government. Please refer to the Bankruptcy Court website https://www.nysb.uscourts.gov/ and/or contact the counsel for the Debtor, Scott S. Markowitz, by e-mail at smarkowitz@tarterkrinsky.com for guidance on how to appear at the Confirmation Hearing; and it is further

**ORDERED**, that, by the close of business on **December 26, 2025**, the Debtor shall serve, by ordinary mail, on all known creditors, interest holders, the U.S. Trustee and other parties in

interest, including taxing authorities, a copy of this Order, the Plan, and to all parties entitled to vote to accept or reject the Plan, a ballot for voting on the Plan in conformity with Official Form B314 with instructions on how to complete and submit it and stating the last date to submit it, and a notice stating that:

    a.  to be counted, a ballot must be received on or before **January 20, 2026**;

    b.  creditors and other interested parties have the right to object to confirmation and/or participate in the Bankruptcy Court's hearing on confirmation;

    c.  the last date for filing and serving objections to confirmation of the Plan on the Debtor and her counsel (with a copy to the Court's Chambers) has been fixed as **January 20, 2026 at 5:00 p.m.** (est); and

    d.  the date for the Confirmation Hearing is **February 3, 2026** and describing the location of the Confirmation Hearing; and it is further

    **ORDERED**, that, to be counted, all ballots must be properly filled out and mailed <u>so as to be received</u> at the address set forth on the ballot on or before **January 20, 2026 at 5:00 p.m.**; and it is further

    **ORDERED**, that **January 20, 2026 at 5:00 p.m.** is fixed as the last date for filing and serving any objections to confirmation of the Plan, which objections, if any, shall be filed with the Bankruptcy Court and served on counsel for the Debtor and the U.S. Trustee, with a copy to Court's Chambers <u>so as to be received</u> by such date; and it is further

    **ORDERED**, that the Debtor shall file a Certification of Ballots on or before **January 20, 2026**.

    **IT IS SO ORDERED.**

Dated: New York, New York
       December 22, 2025

                               /s/ John P. Mastando III
                               HONORABLE JOHN P. MASTANDO III
                               UNITED STATES BANKRUPTCY JUDGE